The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHARON LAMAR ALEXANDER-SHROUT,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCAN HEALTH SYSTEM, FRANCISCAN HEALTH VENTURES, AND ST. JOSEPH MEDICAL CENTER,<br><br>Defendants. | No. 3:18-cv-05510-BHS<br><br>STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>8/11/2020<br>Without Oral Argument |

The parties, by and through undersigned counsel, hereby stipulate to dismissal of plaintiff Sharon Lamar Alexander-Shrout's individual claims against Defendants Franciscan Health System, Franciscan Health Ventures, and St. Joseph Medical Center (jointly as "Defendants") (and this action) with prejudice, and without an award of fees or costs to any party. For the sake of clarity, the dismissal shall have no effect on any claims that might be asserted against Defendants by putative class members.

DATED this 11th day of August, 2020.

Davis Wright Tremaine LLP            Kazerouni Law Group, APC
Attorneys for Defendants             Attorneys for Plaintiff


By *s/ Brad Fisher*                  By *s/ Ryan L. McBride (via email auth.)*
   Brad Fisher, WSBA #19895             Ryan L. McBride, WSBA #50751

STIPULATED MOTION TO DISMISS WITH PREJUDICE
(3:18-cv-05510-BHS) - 1

4823-7694-5863v.2 0106255-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax